UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR-07-054-JLQ |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION TO MODIFY CONDITIONS |
| JAMES M. SEBERO, | ) | OF RELEASE |
| | ) | |
| Defendant. | ) | |

THIS MATTER came on for hearing before the court on Defendant's Motion to Modify Conditions of Release **[Ct. Rec. 31]**; and the court having reviewed the reasons for the request and otherwise being fully advised in the premises,

**IT IS ORDERED** that Defendant's Motion **(Ct. Rec. 31)** is **GRANTED.** The Defendant shall reside at his wife's residence in Spokane, Washington, while the case is pending, except for travel to Northern Idaho for medical purposes. All other conditions of the court's Order on Plea and Setting Personal Recognizance Conditions of Release **[Ct. Rec. 21]** shall remain in full force and effect.

DATED February 27, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Order Granting Unopposed Motion to Modify Conditions of Release - 1