1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF WASHINGTON

3  UNITED STATES OF AMERICA,        )
                                    )    CR-07-054-JLQ
4                 Plaintiff,        )
                                    )
5    Vs.                            )    ORDER ON MOTION TO
                                    )    MODIFY CONDITIONS
6  JAMES M. SEBERO,                 )    OF RELEASE & MOTION
                                    )    TO EXPEDITE
7                 Defendant.        )
   ─────────────────────────────── )

8       THIS MATTER came on for hearing before the Court on

9  Defendant's Motion to Modify Conditions of Release.  The

10 government was represented by Joe Harrington and defendant was

11 present with Assistant Federal Defender Robert Fischer.  Today's

12 proceedings were held via video conference with the defendant's

13 permission.

14      The Court having reviewed the reasons for the request and

15 otherwise being fully advised in the premises, NOW, THEREFORE,

16      IT IS HEREBY **ORDERED** that:

17      1.   The Motion to Expedite Hearing **[Ct. Rec. 67 ]** is

18 **granted**.

19      2.   The Motion to Modify Conditions of Release **[Ct. Rec.

20 66]** is **granted**.

21      3.   The Defendant shall reside at his residence in LaClede,

22 Idaho, while the case is pending, except for travel to Eastern

23 Washington for meeting with defense counsel and attending

24 hearings pertaining to this case and for medical purposes.  All

25 other conditions of the court's Order on Plea and Setting

26

27

Order                              1

1    Personal Recognizance Conditions of Release [Ct. Rec. 21] shall

2    remain in full force and effect.

3        DATED:    September 3, 2008.

4                              S/James P. Hutton
                              JAMES P. HUTTON
5                              United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Order                        2